FARMERS UNION COOPERATIVE CREAMERY, Williston, North Dakota, Appellant, v. UNITED STATES of America.

No. 13993.

United States Court of Appeals
Eighth Circuit.

March 10, 1950.

Robert O. Sullivan, St. Paul, Minn., for appellant.

P. W. Lanier, United States Attorney, Fargo, N. D., and J. P. Stevens, Assistant United States Attorney, Minot, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee and stipulation of parties.

FARMERS UNION CO–OPERATIVE PRODUCE ASSOCIATION OF DEVILS LAKE, NORTH DAKOTA, Appellant, v. UNITED STATES of America.

No. 13994.

United States Court of Appeals
Eighth Circuit.

March 10, 1950.

Robert O. Sullivan, St. Paul, Minn., for appellant.

P. W. Lanier, United States Attorney, Fargo, N. D., and J. P. Stevens, Assistant United States Attorney, Minot, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee and stipulation of parties.

Harry Edison HACKWORTH, Petitioner, v. Honorable George H. MOORE, Judge of the United States District Court for the Eastern District of Missouri.

No. 14129.

United States Court of Appeals
Eighth Circuit.

March 8, 1950.

Harry Edison Hackworth, pro se.

PER CURIAM.

Petition for writ of mandamus denied.

HARVEY CO–OPERATIVE CREAMERY ASSOCIATION, Appellant, v. UNITED STATES of America.

No. 13992.

United States Court of Appeals
Eighth Circuit.

March 10, 1950.

Robert O. Sullivan, St. Paul, Minn., for appellant.

P. W. Lanier, United States Attorney, Fargo, N. D., and J. P. Stevens, Assistant United States Attorney, Minot, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee and stipulation of parties.